CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Walter-L Allen

PLAINTIFF

438 Hart st Apt

Address (No Post Office Boxes)

Brooklyn      NY    11221

City          State    Zip Code

VS.

US Dept. of Health + Human Sucs

DEFENDANT

200 Independence Ave SW.

Address (No Post Office Boxes)

Washington    DC    20201

City          State    Zip Code

Case: 1:23-cv-03857 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 12/21/2023
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: ☑ Yes  ☐ No

## COMPLAINT

All forwarded mandated Associated. Stipulated Related to approved my 202-354-3000 Title VI. Complaint for 900-Zillion & 900-Zillion times. Base on my Atch. papers: mis-reps & Non-Rep. for me by Defendant; Each of my complaints connected to Case #'s approved for 900-Zillion & 900-Zillion times. Base on above Info: Defendant is Evictionals: Jobs lost = plymts for plaintiff, Defendants: 202-354-3000: 212-805-0175-202-357-6406 202-275-6000 Federal guidelines and 202-474-3011 Finalized Jurisdictions (Add Authorities for = plymts) wnt. by google pla police; Also US Comm. on Civil Right.s did N't ans my Tele. message + corispandances At Ek# 202-376-7700

RECEIVED

DEC 21 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Today 12-18-2023
Walter L allen public opinions

Original Signature (in pen)

Don't Apply

Name (if applicable, Prisoner ID No.)

Any Apply

Address or Facility Address

Don't Apply

City          State    Zip Code

Rev: 01/10/2023
*Use additional pages as needed

Fr. Walter Allen - plaintiff
438 Hart st.
Brooklyn Ny 11221
Allen Walter 83 A@gmail.com
Tale.. 347-564-0357.

Today date 11-27-2023
Subject. Complant for.
Civil action: sent
Complant to- Involved party

To. US District Court.
District of Columbia.
333 Constitution Ave NW
Washington DC 20001
attn. Clerk of Court.

(Defendant)
Involved party address
US Dept of Health and Human Sils
200 Independence Ave. SW.
Washington DC. 20201
Tale # 1-800-368-1019
(office of Civil Rights)

I respectfully request US District Court to approved my Complants. Connected to my CASE #S 21-496665

| 21-496615 | 21-496790 | 21-496547 | 21-496274 |
| 21-496610 | 21-496661 | 21-496675 | 21-496612 |
| 21-496276 | 21-496613 | 21-496656 | 21-496545 |

21-496843 Base on see atch. paper: Barafly " Says)

Involved party will not investigate my Complants: But processed Case #s- abov Info.

(Defendant- now-reps + misnees- for me plaintiff.



RECEIVED
Mail Room

DEC - 1 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Respectfully Submitted by
Walter L. allen